IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:24-cr-00320-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DERRICK PATRICK BERNARD, JR.,
    a/k/a "Phoenixx Ugrilla,"

2. **ASHLEY DANIELLE BLACKCLOUD,**
    **a/k/a Ashley Hernandez, a/k/a "Trinity Black Cloud,"**

3. DEANNA CRYSTAL WEST,
    a/k/a "Vital Sweetz," a/k/a "Sage West,"

    Defendants.

## UNITED STATES' MOTION TO STRIKE AND CORRECT

The United States of America respectfully moves to strike the conventional filing at ECF No. 54 and correct it with a new conventional filing. As grounds, the governments submits that the recording filed at ECF No. 54 is not the correct recording referenced in the Government's filing at ECF No. 51. The amended conventional filing is the correct copy of the recording identified as "Attachment C"

in the government's filing at ECF No. 51. Defense counsel have all been provided with the correct copy of the referenced recording.

Dated this 2nd day of December, 2024.

                                Respectfully submitted,

                                MATTHEW T. KIRSCH
                                Acting United States Attorney

By:  s/ *Bryan David Fields*
       Bryan David Fields
       Assistant U.S. Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       (303) 454-0100
       Email: bryan.fields3@usdoj.gov
       Attorney for the Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2024, I electronically filed the foregoing **UNITED STATES' MOTION TO STRIKE AND CORRECT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all e-mail addresses of record.

By:  s/ *Bryan David. Fields*
       Bryan David Fields
       Assistant U.S. Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       (303) 454-0100
       Email: bryan.fields3@usdoj.gov
       Attorney for the Government