CONVENTIONALLY SUBMITTED MATERIALS

CORRECTED ATTACHMENT C TO ECF NO. 51

AUDIO RECORDING