UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO (DENVER)

UNITED STATES OF AMERICA,

                Plaintiff,              No. 1:24-cr-320-RMR

vs.                                      Hon. Regina M. Rodriguez
                                        Hon. Timothy P. O'Hara

ASHLEY DANIELLE BLACKCLOUD,

                Defendant.

## SUPPLEMENT TO MOTION TO MODIFY BOND AND BRIEF IN SUPPORT WITH PROPOSED ORDER

Ashley Blackcloud supplements her Motion to Modify Bond and Brief in Support with the attached document, Exhibit 1, which is relevant to assertions that Ms. Blackcloud has a history of evading jail conditions. Doc. 51, 51-4.

Dated:   December 9, 2024

Respectfully Submitted,

WILLEY & CHAMBERLAIN LLP
Attorneys for Defendant

s/ Britt M. Cobb

_____

Britt M. Cobb (P69556)
300 Ottawa Avenue, N.W., Suite 810
Grand Rapids, Michigan 49503

3570 E. 12th Avenue, Suite 200
Denver, Colorado 80206
(616) 458-2212
bmc@willeychamberlain.com