District Court, El Paso County, State of Colorado
270 South Tejon Street
Colorado Springs, CO 80903

DATE FILED: June 4, 2024 1:58 PM
CASE NUMBER: 2024CR1145

▲ FOR COURT USE ▲

The People of the State of Colorado

v.

Defendant: Derrick Patrick Bernard

Case No.: 24CR1145

Division: S511

## ORDER REGARDING ACCESS TO INFORMATION

Mr. Bernard is self-represented in two serious criminal cases involving charges of first-degree murder and attempted first-degree murder.

He is self-represented and in the custody of the El Paso County jail. Mr. Bernard has alleged that he has been prevented from sending and receiving information relevant to his case and his ability to defend himself.

Clearly, the El Paso County Sheriff's Office has an interest in safety and security within their facility. Presumably, the office has procedures in place regulating the flow of documents and material into and out of the jail.

Mr. Bernard has a right to all discoverable information, motions from opposing counsel and orders of the Court. He has a right to have others assist him in his defense. He has stated in open court that he has designated Ashley BlackCloud as his contact person to receive and disseminate information in his case.

Without compromising safety, the El Paso County Sheriff's Office should ensure that Mr. Bernard is not prevented from receiving and sending materials related to his defense. The Office of the District Attorney must ensure that discoverable materials are made available to him in a timely manner.

Dated: June 4, 2024.

BY THE COURT:

_____
Gregory M. Lammons
District Court Judge