IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 24-cr-00320-RMR | Date: May 13, 2025 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Sadie Herbert |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Bryan David Fields |
| | Candyce C. Cline |
| Plaintiff, | |
| v. | |
| 1. DERRICK PATRICK BERNARD, JR., | A. Tyrone Glover, Jr. |
| 2. ASHLEY DANIELLE BLACKCLOUD | Britt Morton Cobb |
| Defendant. | |

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

**1:55 p.m.     Court in session.**

Court calls case. Appearances of counsel. Defendant Derrick Patrick Bernard present in custody. Defendant Ashely Danielle Blackcloud present on bond.

Preliminary remarks and background case information by the Court.

A five-day Jury Trial is set to commence on May 19, 2025 at 9:00 a.m. before Judge Regina M. Rodriguez in Courtroom A901. If there are issues that need to be resolved prior to the commencement of trial, counsel shall notify the Court no later than noon on the Friday before trial, and the Court may start at 8:00 a.m. to resolve those issues. Beginning on the second day and throughout the rest of the trial, trial will commence at 8:00 a.m. If counsel have a dispute that the Court needs to hear, they shall notify the courtroom deputy clerk in advance.

Discussion regarding trial schedule and procedures.

Each side shall have 15 minutes for opening statements.

*Voir dire* will be limited to 25 minutes per side. Counsel may obtain the Court's standard *voir dire* questions from the Courtroom Deputy Clerk.

Discussion regarding jury selection, proposed verdict form, witnesses, exhibits, and demonstrative exhibits.

**ORDERED: Witnesses will be sequestered.**

Discussion and argument regarding pending motions.

For the reasons stated on the record, it is

**ORDERED:** Defendant Bernard's Motion in Limine to Limit Reference to Prior Convictions [ECF No. 144] is DENIED. The Government may examine the witness within the parameters outlined on the record. If Defendant has additional case law that he would like the Court to consider with respect to the ruling, he may submit it on or before noon on May 16, 2025.

**ORDERED:** Defendant Blackcloud's Motion in Limine to Exclude Expert Testimony [ECF No. 145] is GRANTED.

**ORDERED:** Defendant Bernard's Motion [ECF No. 81] is DENIED.

Discussion regarding the parties' proposed voir dire and jury instructions.

**ORDERED:** Parties shall submit revised jury instructions. If there are remaining instructions in dispute, the Court will hold a further hearing on **May 15, 2025 at 10:00 a.m.** in Courtroom A901 before Judge Regina M. Rodriguez. Defendants' presence is waived for the hearing.

**3:42 p.m.     Court in recess.**

Hearing concluded.
Total time in court:    1:47