IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Criminal Case No. 24-cr-00320-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    1. DERRICK PATRICK BERNARD, JR. and

    2. ASHLEY DANIELLE BLACKCLOUD,

    Defendants.

## VERDICT FORM

### COUNT 1

We, the jury, upon our oaths, do unanimously find the defendant, DERRICK PATRICK BERNARD, JR.

    _____   Not Guilty

    __X___   Guilty

of the offense charged in Count 1 of the Indictment: Conspiracy.



## COUNT 2

We, the jury, upon our oaths, do unanimously find the defendant, DERRICK PATRICK BERNARD, JR.

_____   Not Guilty

__X__   Guilty

of the offense charged in Count 2 of the Indictment: using an instrumentality of interstate commerce to willfully make a threat or to maliciously convey false information, knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, or intimidate any individual by means of fire.

## COUNT 1

We, the jury, upon our oaths, do unanimously find the defendant, ASHLEY DANIELLE BLACKCLOUD

_____   Not Guilty

__X__   Guilty

of the offense charged in Count 1 of the Indictment: Conspiracy.

## COUNT 2

We, the jury, upon our oaths, do unanimously find the defendant, ASHLEY DANIELLE BLACKCLOUD

_____   Not Guilty

__X__   Guilty

of the offense charged in Count 2 of the Indictment: using an instrumentality of interstate commerce to willfully make a threat or to maliciously convey false information, knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, or intimidate any individual by means of fire.

Dated this 23 day of May, 2025

**Signatures of all jurors:**

[signatures redacted]



4