# Exhibit A

Register of Actions and Party Information

# Register of Actions

Filed by People
Filed by Defendant
Filed by Court
Filed by Probation

**Case Number:** 2020CR005250
**Case Type:** Menacing
**Case Caption:** The People of the State of Colorado v. Hernandez, Ashley Danielle

**Division:** 511
**Judicial Officer:** Dinsmore Tuttle
**Court Location:** El Paso County

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A | 01/09/2025 | N/A | N/A | N/A | Case Closed - Post Judgment | N/A | |
| N/A | 01/09/2025 | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A | 01/09/2025 | N/A | N/A | N/A | Probation Terminated | N/A | |
| N/A | 11/05/2024 | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A | 11/04/2024 | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A | 10/29/2024 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A | 09/20/2024 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A | 08/02/2024 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A | 06/10/2024 12:00 AM | N/A | N/A | N/A | Minute Order - No Print | N/A | |
| N/A | 06/05/2024 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A | 05/07/2024 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| BB52438AF93BB | 04/29/2024 12:56 PM | Yona Porat | Yona Porat Law LLC | Ashley Danielle Hernandez | Entry of Appearance | Entry of Appearance | Public |
| N/A (Details) | 04/22/2024 2:06 PM | Dinsmore Tuttle | El Paso County | N/A | Order | Order Re: Appointment of Counsel at State Expense Other Than the Public Defender in a Criminal or Juvenile Delinquency Proceeding | Public |
| N/A | 04/22/2024 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A | 04/15/2024 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A | 03/26/2024 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A (Details) | 03/12/2024 8:50 AM | Dinsmore Tuttle | El Paso County | N/A | Order | Order Re: Appointment of Counsel at State Expense Other Than the Public Defender in a Criminal or Juvenile Delinquency Proceeding | Public |
| N/A | 03/11/2024 12:00 AM | N/A | N/A | N/A | Reopen - Post Judgment | N/A | |
| N/A | 03/11/2024 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A (Details) | 03/09/2024 6:22 PM | Dinsmore Tuttle | El Paso County | N/A | Order 🔗 | Order:Motion to Withdraw-Co-Defendant | Public |

5/27/25, 6:44 AM

Register of Actions and Party Information

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| 2FE8D19173112 | 03/07/2024 12:12 PM | Deana ORiley | Colorado Springs Public Defenders Office | Ashley Danielle Hernandez | Motion 🔗 | Motion to Withdraw- Co-Defendant | Public |
| N/A (Details) | 03/06/2024 4:39 PM | Dinsmore Tuttle | El Paso County | N/A | Order 🔗 | Order:COURT ORDER RE: PEOPLES VERIFIED COMPLAINT AND MOTION TO REVOKE UNSUPERVISED PROBATION | Protected |
| N/A (Details) | 03/06/2024 2:04 PM | Non-Party | N/A | Non-Party | Letter | Letter Regarding Senior Judge Appointment | Public |
| N/A | 02/25/2024 | N/A | N/A | N/A | Mandatory Protection Order Vacated | N/A | |
| N/A | 02/15/2024 | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A (Details) | 02/13/2024 9:41 AM | Erin L Sokol | El Paso County | N/A | Order | Order of Recusal | Public |
| N/A (Details) | 02/11/2024 2:25 PM | Catherine Diane Mitchell Helton | El Paso County | N/A | Order | Order of Recusal | Public |
| C89EA9EAE64A2 | 01/25/2024 3:25 PM | Abigail Ann Weber | 4th Judicial District Attorneys Office | The People of the State of Colorado | Motion | PEOPLES VERIFIED COMPLAINT AND MOTION TO REVOKE UNSUPERVISED PROBATION | Protected |

5/27/25, 6:44 AM

Register of Actions and Party Information

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| | | | | | Proposed Order 🔗 | COURT ORDER RE: PEOPLES VERIFIED COMPLAINT AND MOTION TO REVOKE UNSUPERVISED PROBATION | Protected |
| | | | | | Filing Other | ATTACHMENT A AFFIDAVIT IN SUPPORT OF PEOPLES VERIFIED COMPLAINT AND MOTION TO REVOKE UNSUPERVISED PROBATION | Protected |
| N/A (Details) | 05/01/2023 12:00 AM | Non-Party | N/A | Non-Party | Return Mail | NOT DELIVERABLE TO ASHLEY DANIELLE HERNANDEZ; ORDER RESTITUTION PAYOUT ORDER; FILED 041923 | Public |
| N/A (Details) | 04/19/2023 5:25 AM | Catherine Diane Mitchell Helton | El Paso County | N/A | Order 🔗 | Order:RESTITUTION PAYOUT ORDER | Public |
| N/A (Details) | 03/28/2023 12:00 AM | Non-Party | N/A | Non-Party | Return Mail | NOT DELIVERABLE TO ASHLEY D HERNANDEZ; Order: Proposed Order Mandated Costs Payout; FILED 032123 | Public |

5/27/25, 6:44 AM                                    Register of Actions and Party Information

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 03/21/2023 7:09 AM | Catherine Diane Mitchell Helton | El Paso County | N/A | Order 🔗 | Order:Proposed Order Mandated Costs Payout | Public |
| F4BED1C8B7628 | 02/27/2023 11:12 AM | Keeley Alexandra Deback | 4th Judicial District Attorneys Office | The People of the State of Colorado | Proposed Order 🔗 | Proposed Order Mandated Costs Payout | Public |
| | | | | | Motion | Motion Mandated Costs Payout | Public |
| N/A | 02/27/2023 | N/A | N/A | N/A | JTRL Dispo - Trial Not Held | N/A | |
| N/A (Details) | 02/24/2023 8:33 AM | Catherine Diane Mitchell Helton | El Paso County | N/A | Plea Agreement | Plea Agreement | Public |
| N/A (Details) | 02/24/2023 8:32 AM | Catherine Diane Mitchell Helton | El Paso County | N/A | Order | Amended Mandatory Protection Oder | Public |
| N/A | 02/23/2023 | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A | 02/23/2023 | N/A | N/A | N/A | Case Closed | N/A | |
| N/A (Details) | 02/21/2023 1:59 PM | N/A | N/A | Ashley Danielle Hernandez | Request | Transcript Request | Public |
| N/A | 11/15/2022 | N/A | N/A | N/A | Minute Order - No Print | N/A | |

5/27/25, 6:44 AM

Register of Actions and Party Information

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 11/11/2022 | Catherine Diane Mitchell Helton | El Paso County | N/A | Order 🔗 | Order:COURT ORDER RE PEOPLES MOTION TO KEEP WITNESSES CONTACT INFORMATION CONFIDENTIAL | Suppressed |
| 37601BEB31137 | 11/09/2022 9:32 AM | Keeley Alexandra Deback | 4th Judicial District Attorneys Office | The People of the State of Colorado | Motion | MOTION TO KEEP VICTIMS CONTACT INFORMATION CONFIDENTIAL | Suppressed |
| | | | | | Proposed Order 🔗 | COURT ORDER RE PEOPLES MOTION TO KEEP WITNESSES CONTACT INFORMATION CONFIDENTIAL | Sealed |
| CF544CC45E9EC | 11/08/2022 3:51 PM | Keeley Alexandra Deback | 4th Judicial District Attorneys Office | The People of the State of Colorado | Notice | Amended Notice of Endorsement of Witness - 5 | Public |
| N/A | 11/03/2022 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| 49B519E4718A7 | 10/28/2022 10:14 AM | Rachel Blair Armstrong | Colorado Springs Public Defenders Office | Ashley Danielle Hernandez | Motion | DEFENSE REQUEST FOR PROSECUTION TO COMPLY WITH RULE 16 | Public |
| | | | | | Proposed Order | PROPOSED ORDER RE: DEFENSE REQUEST FOR PROSECUTION TO COMPLY WITH RULE 16 | Public |

5/27/25, 6:44 AM

Register of Actions and Party Information

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| 4A509C34D1714 | 10/21/2022 4:28 PM | Keeley Alexandra Deback | 4th Judicial District Attorneys Office | The People of the State of Colorado | Notice | Amended Notice of Endorsement of Witness - #4 | Public |
| N/A | 10/04/2022 12:00 AM | N/A | N/A | N/A | JTRL Dispo - Continued | N/A | |
| N/A | 09/29/2022 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A (Details) | 09/28/2022 6:00 PM | Catherine Diane Mitchell Helton | El Paso County | N/A | Order 🔗 | Order:Proposed Order re MOTION TO WAIVE DEFENDANTS PHYSICAL PRESENCE VIA USE OF INTERACTIVE AUDIO DEVICE OR INTERACTIVE AUDIO-VISUAL DEVICE PURSUANT TO C.R.C.P. 43 | Public |
| 5B4EE7DC51692 | 09/28/2022 9:44 AM | Rachel Blair Armstrong | Colorado Springs Public Defenders Office | Ashley Danielle Hernandez | Motion | MOTION TO WAIVE DEFENDANTS PHYSICAL PRESENCE VIA USE OF INTERACTIVE AUDIO DEVICE OR INTERACTIVE AUDIO-VISUAL DEVICE PURSUANT TO C.R.C.P. 43 | Public |

5/27/25, 6:44 AM

Register of Actions and Party Information

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| | | | | | Proposed Order 🔗 | Proposed Order re MOTION TO WAIVE DEFENDANTS PHYSICAL PRESENCE VIA USE OF INTERACTIVE AUDIO DEVICE OR INTERACTIVE AUDIO-VISUAL DEVICE PURSUANT TO C.R.C.P. 43 | Public |
| N/A | 09/15/2022 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| C342E99F611B6 | 09/14/2022 8:00 PM | Keeley Alexandra Deback | 4th Judicial District Attorneys Office | The People of the State of Colorado | Response | People's Response to Defense's Motion For Sanctions | Public |
| N/A (Details) | 08/10/2022 8:55 AM | N/A | N/A | Ashley Danielle Hernandez | Request | Transcript Request | Public |
| N/A | 08/03/2022 12:00 AM | N/A | N/A | N/A | Minute Order - No Print | N/A | |
| 21732B9D1AD42 | 08/01/2022 11:28 AM | Rachel Blair Armstrong | Colorado Springs Public Defenders Office | Ashley Danielle Hernandez | Motion | MOTION TO SANCTION FOR RULE 16 VIOLATION | Public |
| B0898A3BCD7E8 | 07/27/2022 8:23 AM | Keeley Alexandra Deback | 4th Judicial District Attorneys Office | The People of the State | Notice | Amended Notice of Endorsement of Witness - 3 | Public |

Register of Actions and Party Information

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| | | | | of Colorado | | | |
| 3FD69065FF613 | 06/30/2022 1:28 PM | Keeley Alexandra Deback | 4th Judicial District Attorneys Office | The People of the State of Colorado | Proposed Order 🔗 | RESTITUTION PAYOUT ORDER | Public |
| 234A5F3625147 | 06/30/2022 10:10 AM | Keeley Alexandra Deback | 4th Judicial District Attorneys Office | The People of the State of Colorado | Notice | Peoples Notice of Released Exhibits | Public |
| | | | | | Exhibits - Trial/Hearing | People's Exhibits 1, 2, 4-10 | Protected |
| N/A | 06/30/2022 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A (Details) | 06/24/2022 8:44 AM | Catherine Diane Mitchell Helton | El Paso County | N/A | Verdict | Verdict | Public |
| N/A (Details) | 06/24/2022 8:43 AM | Catherine Diane Mitchell Helton | El Paso County | N/A | Verdict Form - Accepted | Verdict Form - Accepted | Suppressed |
| N/A (Details) | 06/24/2022 8:42 AM | Catherine Diane Mitchell Helton | El Paso County | N/A | Jury Instructions - Accepted | Jury Instructions - Accepted | Suppressed |
| N/A (Details) | 06/23/2022 11:19 AM | Non-Party | N/A | Non-Party | Filing Other | Exhibit Releases 6-21-22 | Suppressed |

5/27/25, 6:44 AM

Register of Actions and Party Information

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| 46B54D0040899 | 06/21/2022 9:46 AM | Keeley Alexandra Deback | 4th Judicial District Attorneys Office | The People of the State of Colorado | Proposed Order | Proposed Order to Testify Under Grant of Immunity-Wooden | Public |
| | | | | | Proposed Order | Proposed Order to Testify Under Grant of Immunity-Gilbert | Public |
| | | | | | Proposed Order | Proposed Order to Testify Under Grant of Immunity-Fletcher | Public |
| N/A | 06/21/2022 12:00 AM | N/A | N/A | N/A | JTRL Dispo - Split Verdict | N/A | |
| N/A | 06/21/2022 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A (Details) | 06/21/2022 12:00 AM | | El Paso County | N/A | Juror Questions | Juror Questions | Suppressed |
| N/A (Details) | 06/17/2022 2:11 PM | Catherine Diane Mitchell Helton | El Paso County | N/A | Order 🔗 | Order: People's Motion To Order Testimony Under Grand of Immunity and Court Order- Granted | Public |
| N/A (Details) | 06/17/2022 2:11 PM | Catherine Diane Mitchell Helton | El Paso County | N/A | Order 🔗 | Order: People's Motion To Order Testimony Under Grant of Immunity and Court Order- Granted | Public |
| N/A (Details) | 06/17/2022 2:10 PM | Catherine Diane Mitchell Helton | El Paso County | N/A | Order 🔗 | Order:People's Motion To Order Testimoy Under Grant of Immunity and Court Order | Public |

about:blank

5/27/25, 6:44 AM
Case No. 1:24-cr-00320-RMR   Document 199-1   filed 05/27/25   USDC Colorado   pg
12 of 22
Register of Actions and Party Information

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 06/17/2022 8:02 AM | N/A | N/A | The People of the State of Colorado | Motion 🔗 | People's Motion To Order Testimoy Under Grant of Immunity and Court Order | Public |
| N/A (Details) | 06/17/2022 7:55 AM | N/A | N/A | The People of the State of Colorado | Motion 🔗 | People's Motion To Order Testimoy Under Grand of Immunity and Court Order | Public |
| N/A (Details) | 06/17/2022 7:54 AM | Catherine Diane Mitchell Helton | El Paso County | N/A | Motion 🔗 | People's Motion To Order Testimoy Under Grant of Immunity and Court Order | Public |
| N/A (Details) | 06/17/2022 7:52 AM | Non-Party | N/A | Non-Party | Return of Service | Return of Service | Public |
| N/A | 06/17/2022 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A | 06/15/2022 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A | 06/15/2022 12:00 AM | N/A | N/A | N/A | CACN | N/A | |
| N/A | 06/15/2022 12:00 AM | N/A | N/A | N/A | CACN | N/A | |
| N/A | 06/15/2022 12:00 AM | N/A | N/A | N/A | CACN | N/A | |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 06/14/2022 9:34 AM | Catherine Diane Mitchell Helton | El Paso County | N/A | Order | Amended Order Re: Appointment at State Expense Other Than the Public Defender in a Criminal Proceeding | Public |
| N/A (Details) | 06/14/2022 9:34 AM | Catherine Diane Mitchell Helton | El Paso County | N/A | Order | Amended Order Re: Appointment at State Expense Other Than the Public Defender in a Criminal Proceeding | Public |
| N/A (Details) | 06/14/2022 9:24 AM | Catherine Diane Mitchell Helton | El Paso County | N/A | Order | Order Re: Appointment of Counsel at State Expense Other Than the Public Defender in a Criminal Proceeding | Public |
| N/A (Details) | 06/14/2022 9:20 AM | Catherine Diane Mitchell Helton | El Paso County | N/A | Order | Order Re: Appointment of Counsel at State Expense Other Than the Public Defender in a Criminal Proceediong | Public |
| N/A (Details) | 06/14/2022 9:16 AM | Catherine Diane Mitchell Helton | El Paso County | N/A | Order | Order Re: Appointment of Counsel at State Expense Other Than the Public Defender in a Criminal Proceeding | Public |
| N/A (Details) | 06/14/2022 8:10 AM | | El Paso County | N/A | Jury Seating Chart | Jury Seating Chart-Final | Suppressed |
| N/A (Details) | 06/14/2022 8:10 AM | | El Paso County | N/A | Jury Seating Chart | Jury Seating Chart-Proposed | Suppressed |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 06/14/2022 8:09 AM | | El Paso County | N/A | Jury Summons/Questionnaire | Jury Summons/Questionnaire | Sealed |
| N/A (Details) | 06/14/2022 8:01 AM | | El Paso County | N/A | Bailiff Report | Bailiff Report | Suppressed |
| N/A | 06/14/2022 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A | 06/13/2022 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| 360FEBEC4E3D4 | 06/10/2022 2:53 PM | Rachel Blair Armstrong | Colorado Springs Public Defenders Office | Ashley Danielle Hernandez | Motion in Limine | Motion in Limine-corrected | Protected |
| CB03E82F53C11 | 06/10/2022 2:11 PM | Rachel Blair Armstrong | Colorado Springs Public Defenders Office | Ashley Danielle Hernandez | Motion in Limine | Motion in Limine | Protected |
| FE73ECE0E6050 | 06/10/2022 12:15 PM | Keeley Alexandra Deback | 4th Judicial District Attorneys Office | The People of the State of Colorado | Filing Other | Joint Statement of the Case | Protected |
| N/A | 06/02/2022 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| F98A40544B877 | 05/09/2022 11:09 AM | Rachel Blair | Colorado Springs | Ashley Danielle | Notice | Notice of Endorsement of Witnesses and Defenses | Public |

Case No. 1:24-cr-00320-RMR    Document 199-1    filed 05/27/25    USDC Colorado    pg 15 of 22

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| | | Armstrong | Public Defenders Office | Hernandez | | | |
| N/A (Details) | 04/13/2022 2:31 PM | Catherine Diane Mitchell Helton | El Paso County | N/A | Order | Case Management Order for Criminal Cases | Public |
| 7C1CE195FA3F6 | 04/04/2022 9:13 AM | Keeley Alexandra Deback | 4th Judicial District Attorneys Office | The People of the State of Colorado | Notice | Amended Notice of Endorsement of Witness #2 | Public |
| N/A | 02/03/2022 | N/A | N/A | N/A | Minute Order - Print | N/A | |
| 7E8623B95E1D0 | 01/27/2022 11:29 AM | Kelson Alexander Castain | 4th Judicial District Attorneys Office | The People of the State of Colorado | Notice | Amended Notice of Endorsement of Witness #1 | Public |
| N/A | 01/14/2022 | N/A | N/A | N/A | JTRL Dispo - Continued | N/A | |
| N/A | 01/06/2022 | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A | 10/18/2021 12:00 AM | N/A | N/A | N/A | JTRL Dispo - Continued | N/A | |
| N/A | 10/14/2021 12:00 AM | N/A | N/A | N/A | Waiver of Speedy Trial | N/A | |
| N/A | 10/14/2021 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |

5/27/25, 6:44 AM

Register of Actions and Party Information

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| DA51D0137312E | 09/15/2021 9:47 AM | Rachel Blair Armstrong | Colorado Springs Public Defenders Office | Ashley Danielle Hernandez | Notice | Notice of Endorsement of Witness | Public |
| N/A | 09/13/2021 12:00 AM | N/A | N/A | N/A | Minute Order - No Print | N/A | |
| N/A | 07/12/2021 12:00 AM | N/A | N/A | N/A | JTRL Dispo - Continued | N/A | |
| N/A | 06/10/2021 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A | 06/10/2021 12:00 AM | N/A | N/A | N/A | Waiver of Speedy Trial | N/A | |
| N/A | 04/05/2021 12:00 AM | N/A | N/A | N/A | JTRL Dispo - Continued | N/A | |
| N/A | 03/04/2021 | N/A | N/A | N/A | Waiver of Speedy Trial | N/A | |
| N/A | 03/04/2021 | N/A | N/A | N/A | Minute Order - Print | N/A | |
| B008A94FA123C | 12/30/2020 9:54 AM | Jenna Ruth Martin | 4th Judicial District Attorneys Office | The People of the State of Colorado | Notice | Notice of Endorsement of Witness | Public |
| N/A | 12/02/2020 | N/A | N/A | N/A | Minute Order - Print | N/A | |
| N/A | 11/10/2020 | N/A | N/A | N/A | Minute Order - Print | N/A | |

about:blank

5/27/25, 6:44 AM

Register of Actions and Party Information

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|-----------|-----------|------------|--------------|--------------|----------|----------------|-------------------|
| 8DFAF6F3F404B | 10/09/2020 2:39 PM | Casey W Fleming | Colorado Springs Public Defenders Office | Ashley Danielle Hernandez | Application - CAC/State Paid Professional | Application - Court Appointed Counsel | Suppressed |
| N/A | 10/07/2020 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |
| 6AF6CEB64E284 | 10/06/2020 1:41 PM | Jeffrey Lee Albright Jr. | 4th Judicial District Attorneys Office | The People of the State of Colorado | Felony Complaint Filed | Complaint and Information | Protected |
| N/A (Details) | 09/29/2020 12:00 AM | N/A | N/A | Ashley Danielle Hernandez | Return Mail | NOT DELIVERABLE; BONDED ADVISEMENT PACKET; FILED 092120; | Public |
| N/A (Details) | 09/24/2020 2:38 PM | Douglas J Miles | El Paso County | N/A | Order | Mandatory Protection Order 18-1-1001 | Protected |
| N/A (Details) | 09/24/2020 2:37 PM | Douglas J Miles | El Paso County | N/A | Filing Other | Felony Bonded Rule 5 Advisement | Protected |
| N/A | 09/24/2020 12:00 AM | N/A | N/A | N/A | Return of Service - Protection Order | N/A | |
| N/A | 09/24/2020 12:00 AM | N/A | N/A | N/A | Mandatory Protection Order Granted | N/A | |
| N/A | 09/24/2020 12:00 AM | N/A | N/A | N/A | Minute Order - Print | N/A | |

5/27/25, 6:44 AM                                                Register of Actions and Party Information

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|-----------|-----------|-----------|--------------|--------------|----------|----------------|-------------------|
| N/A (Details) | 09/21/2020 12:39 PM | Douglas J Miles | El Paso County | N/A | Filing Other | BONDED ADVISEMENT PACKET | Public |
| N/A (Details) | 09/21/2020 9:27 AM | N/A | N/A | Ashley Danielle Hernandez | Waiver of Extradition | Waiver of Extradition | Public |
| N/A (Details) | 09/21/2020 9:27 AM | N/A | N/A | Ashley Danielle Hernandez | Appearance Bond | Appearance Bond - $2,000 | Public |
| N/A (Details) | 09/21/2020 9:27 AM | Non-Party | N/A | Non-Party | Report | Jail Booking Report 9/19/20 | Protected |
| N/A (Details) | 09/21/2020 9:26 AM | Non-Party | N/A | Non-Party | Affidavit in Support of Warrantless Arrest | $2,000 Bond - Prelim Info w/Probable Cause | Protected |

## Party Information

| Party Name | Party Type | Party Status | Attorney/Paraprofessional Name |
|------------|-----------|--------------|--------------------------------|
| Ashley Danielle Hernandez | Defendant | Active | N/A |
| Ashley Danielle Zubiate | AKA | Active | N/A |
| The People of the State of Colorado | People | Active | N/A |



District Court, El Paso County, Colorado
270 South Tejon Street, Colorado Springs, CO 80903

DATE FILED: June 9, 2024 7:25 PM
CASE NUMBER: 2023CR4830

THE PEOPLE OF THE STATE OF COLORADO

v.

ASHLEY HERNANDEZ, aka BLACKCLOUD, Defendant

Case No. 23CR4830

**ORDER RE MOTION TO DISMISS ON FIRST AMENDMENT GROUNDS**

This case is before the court on Ms. Blackcloud's motion to dismiss on First Amendment grounds. The parties filed motions and presented evidence and argument at a hearing held on June 5, 2024. The court, having reviewed the pleadings, evidence and arguments of the parties, rules as follows.

**Procedural Facts**

Ms. Blackcloud is charged, in an amended complaint, with one count of Retaliation Against a Judge, alleged to have occurred on or about October 3, 2023, as follows:

Ashley Hernandez [aka Trinity Blackcloud] unlawfully, feloniously, and knowingly, as retaliation or retribution against Diana May, a judge who has served or is serving in a legal matter assigned to the judge involving the defendant or a person on whose behalf the defendant is acting, made a credible threat against or upon Diana May, the judge; in violation of section 18-8-615(1), C.R.S.

The incident that forms the basis of the charges in this case took place on October 3, 2023, in a public elevator in the El Paso County Judicial Complex, into which Ms. Blackcloud first entered, followed by Judge May.

**Law**

Section 18-8-615 (1)(a), C.R.S., provides that an individual commits retaliation against a judge if the individual makes a credible threat, as defined in section 18-3-602 (2)(b), C.R.S.

Section 18-3-602(2)(b), C.R.S., provides that "credible threat" means a threat, physical action, or repeated conduct that would cause a reasonable person to be in fear for the person's safety or the safety of his or her immediate family or of someone with whom the person has or has had a continuing relationship. The threat need not be directly expressed if the totality of the conduct would cause a reasonable person such fear.

The court accepts the parties' agreement on the definition of true threats, as set forth in *Counterman v. Colorado*, *supra* @ 2114: "True threats are 'serious expression[s]' conveying that a speaker means to commit an act of unlawful violence." Reply, ¶ 3.

**Evidence**

The record before the court consists of (1) the uncontested allegations of facts set forth in the motion, response and reply, and (2) the audio recording of the incident in the elevator that was played and entered into evidence at the pre-trial motions hearing. The People do not claim to have any other evidence to support the charge against Ms. Blackcloud.

The court incorporates the statements attributed to Ms. Blackcloud in the People's response to the motion, as if fully set forth here. (The remarks in quotations in ¶ 5 of the People's Response appear to be attributed to Derrick Bernard and are not relevant to this court's analysis. The meaning and relevance of the People's partial statement in ¶12 – "The Defendant . . . was on the receiving end of the threat made to Judge Diana May" – is unclear, and therefore is not considered.)

**Analysis**

If the court were assessing the sufficiency of the complaint without applying a First Amendment analysis, the charge appears to be facially sufficient to support this prosecution. But viewing the charge in the light of constitutional concerns, as the alleged threat here involves speech, leads to a different conclusion.

The analysis that must be applied to determine whether the "credible threat" alleged to have been made by Ms. Blackcloud is a "true threat of violence" that is outside the bounds of First Amendment protection and punishable as a crime, requires proof of (1) a credible threat being made by Ms. Blackcloud, (2) her subjective understanding of the threatening nature of those statements, (3) satisfied by a mental state of recklessness. Otherwise, her statements are protected speech under the First Amendment, and she may not be criminally punished for that speech. *People v. Counterman*, 600 U.S. 66, 69, 143 S.Ct. 2106, 2111 (2023).

At this pretrial stage, the court might find itself without sufficient information to enter a dispositive order, requiring instead that the matter proceed to trial to enable an evaluation of whether the evidence presented were sufficient to require the fact finder to make the final determination. But sufficient evidence has been provided to the court by the parties from which it may enter a dispositive ruling.

**Findings**

The incident was very brief, spanning only the time it took for a short, non-stop ride on the public courthouse elevator, during which only Ms. Blackcloud and Judge May were

present. (While there is an elevator for judges only, Judge May used the public elevator.) The recording of the incident reflects that Ms. Blackcloud's speech initially sounded very light and pleasant, but at the end was much more terse and confrontive. Judge May's voice sounded slightly hesitant and calculated, and she became resistant to engaging in any conversation. The entirety of the statements made by Ms. Blackcloud that are the subject of this analysis are set forth in the motion, response and reply.

**Legal Analysis**

Although the court endorses the parties' agreement that "[t]rue threats are 'serious expression[s]' conveying that a speaker means to commit an act of unlawful violence," *Counterman v. Colorado*, 143 S. Ct. @ 2114, the court disagrees with the People's position that, "The existence of a threat depends not on 'the mental state of the author,' but on 'what the statement conveys' to the person on the other end." Response, at ¶ 9. That the People must prove a *mens rea* of recklessness was precisely what *Counterman* held, to guard against an unconstitutional "chilling" of First Amendment rights to free speech that would result with an objective standard that focused only on the perception of the listener.

Here, the Prosecution has the burden of proving that Ms. Blackcloud (1) directed true threats toward Judge May, and (2) had a subjective understanding of the threatening nature of her statements, and (3) recklessly disregarded the fact that her statements were threatening. The evidence the People intend to offer to prove the criminal charge against Ms. Blackcloud falls far short of supporting a finding that her statements directed toward Judge May contained threats of violence. It also lacks support for a finding that Ms. Blackcloud had a subjective understanding of the threatening nature of her statements. Perhaps the reason for the latter – no evidence to support the *mens rea* of recklessness – is precisely because no threats were uttered. This does not mean to say that Ms. Blackcloud's attitude and words during the interaction were not inappropriate and disrespectful of Judge May, or that Judge May did not feel that she or her family were threatened. But those issues are not before the court in this criminal prosecution. Avoiding the overbroad chilling effect on one's constitutional right to free speech is what the Court addressed in *Counterman*. Applying the principles set forth in that case may, as recognized by the Court, "shield some otherwise proscribable (here, threatening) speech because the State cannot prove what the defendant thought. But the added element [requiring the People to prove the Defendant's *mens rea*] reduces the prospect of chilling fully protected expression." *Counterman* at 75.

**Conclusion**

The People do not have sufficient evidence to support a finding that Ms. Blackcloud made threats toward Judge May that constituted true threats, nor that Ms. Blackcloud understood and recklessly disregarded the threatening nature of those communications. Therefore, the First Amendment and Fourteenth Amendment to the United States Constitution, and Article II, § 10 of the Colorado Constitution, dictate a finding that the statements Ms. Blackcloud made to Judge May on October 3, 2023, in the public elevator in

the El Paso County Judicial Complex, are protected speech, and the charge against her is unconstitutional as applied.

**Order**

The case is dismissed.

Dated: 09 June 2024

BY THE COURT:

_____

Dinsmore Tuttle, Senior Judge