UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO (DENVER)

No. 1:24-cr-320-RMR

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

ASHLEY DANIELLE BLACKCLOUD,

                Defendant.

## MOTION TO WITHDRAW AND REQUEST FOR APPOINTMENT OF SUBSTITUTE COUNSEL

Britt Cobb moves to withdraw from representation of Ashley Danielle Blackcloud and for the appointment of substitute counsel from the Criminal Justice Act (CJA) panel.

Colorado Rule of Professional Conduct ("CRPC") 1.16 mandates withdrawal from representation with leave of the court for certain enumerated reasons. Rule 1.16(a)(3) states "a lawyer…shall withdraw from the representation of a client if…the lawyer is discharged."  Comment note 4 to CRPC 1.16 allows for a "client to discharge a lawyer at any time, with or without cause."  Ms. Blackcloud seeks to discharge undersigned counsel and to be represented by a different CJA panel lawyer.  In addition, Ms. Blackcloud has rendered continued representation by counsel unreasonably difficult, an additional basis for permissive withdrawal under CRPC

1.16(b)(6). Counsel cannot explain further pursuant to CRPC 1.6 (a), client confidentiality.

Counsel believes that Ms. Blackcloud remains indigent and the appointment of substitute counsel is appropriate.

                                      Respectfully Submitted,

                                      BRITT M. COBB, LAW OFFICES
Dated: December 15, 2025     Attorney for Defendant Blackcloud

                                      s/     *Britt M. Cobb*

                                      Britt M. Cobb (30099)
                                      3570 E. 12th Avenue, Suite 200, #142
                                      Denver, CO 80206
                                      (303) 351-1628