UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO (DENVER)

No. 1:24-cr-320-RMR
Hon. Regina M. Rodriguez

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ASHLEY DANIELLE BLACKCLOUD,

    Defendant.

**UNOPPOSED MOTION TO RESTRICT ACCESS TO EXHIBITS TO MOTION FOR VARIANCE**

  Ashley Blackcloud moves to restrict access to Exhibits A and B to her Motion for Variance. The Court has the authority to restrict documents upon a showing of compelling reasons. D.C.COLO.LCrR 47.1(A). We suggest Level 2 restriction, which will make this document viewable to government counsel and the Court. The materials have been provided to the probation officer per D.C.Colo.LCrR 32.1(e). But because the materials will be relevant to the government and Court's evaluation of the motion and the rule does not require that they be filed by the probation officer until 7 days prior to sentencing, Ms. Blackcloud seeks to attach them directly to the motion. The government does not oppose the request because of the personal and

sensitive nature of the contents of Exhibit A. Exhibit B has personal contact information of the letter writers.

                                Respectfully Submitted,

                                BRITT M. COBB, LAW OFFICES
Dated: January 2, 2026        Attorney for Defendant Blackcloud

                                s/     *Britt M. Cobb*
                                _____
                                Britt M. Cobb (30099)
                                3570 E. 12th Avenue, Suite 200, #142
                                Denver, CO 80206
                                (303) 351-1628
                                britt@brittmcobb.com