IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 24-cr-00320-RMR-2 | Date: January 15, 2026, 2026 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Jessica Anderson |
| Probation Officer: Sara Johnson | |

| _Parties:_ | _Counsel:_ |
|---|---|
| UNITED STATES OF AMERICA, | Bryan Fields |
| | Candyce Cline |
| Plaintiff, | |
| v. | |
| 1. ASHLEY DANIELLE BLACKCLOUD, | Britt Morton Cobb |
| Defendant. | |

### COURTROOM MINUTES

**MOTION HEARING AND SENTENCING**

**1:00 p.m.    Court in session.**

Court calls case. Appearances of counsel. Defendant present on bond. Also present at Government's counsel table is FBI Special Agent Ethan Doherty.

Defendant sworn.

Discussion and argument regarding Defendant's Motion for Judgment of Acquittal or for a New Trial [ECF No. 212].

Court states its findings of fact and conclusions of law.

**ORDERED:**   For the reasons outlined on the record, Defendant's Motion for Judgment of Acquittal or for a New Trial [ECF No. 212] is DENIED.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

**Government's Exhibits 1-21 are admitted.**

**ORDERED:**   Government's Motion to Strike Supplement to Defendant's Objections to I Initial Presentence Investigation Report [ECF No. 286] is DENIED IN PART and GRANTED IN PART.

Court states its findings of fact and conclusions of law.

**ORDERED:**   Government's Motion for Upward Variance [ECF No. 271] is DENIED.

**ORDERED:**   Defendant's Motion for Non-Guideline Sentence [ECF No. 268] is DENIED.

**ORDERED:**   Defendant shall be imprisoned for 12 months and 1 day as to Counts 1 and 2, to be served concurrently, for a total term of 12 months and 1 day.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on supervised release for a term of 3 years as to Counts 1 and 2, to be served concurrently, for a total term of 3 years.

**ORDERED:**   Conditions of Supervised Release, as stated on record.

**ORDERED:**   Defendant shall pay a $200.00 Special Assessment fee, to be paid immediately.  No fine is imposed.

Defendant advised of right to appeal.

**ORDERED:**   Defendant is directed to surrender to the institution designated by the Bureau of Prisons 15 days from the date of designation.

**3:34 p.m.**   **Court in recess.**

Hearing concluded.
Total time in court:   2:34