UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO (DENVER)

---

No.24-CR-320-RMR

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ASHLEY DANIELLE BLACKCLOUD,

Defendant.

---

## NOTICE OF APPEAL

---

Notice is hereby given that Ashley Danielle Blackcloud appeals her conviction and sentence to the United States Court of Appeals for the Tenth Circuit from the Judgment in a Criminal Case entered in this action on the 21st day of January 2026.

Doc. 294.

Dated:    January 21, 2026

Respectfully Submitted,

BRITT M. COBB, LAW OFFICES
Attorney for Defendant

s/    *Britt M. Cobb*

Britt M. Cobb (30099)
3570 E. 12th Avenue, Suite 200, #142
Denver, CO 80206
(303) 351-1628
britt@brittmcobb.com