# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Regina M. Rodriguez

Criminal Case No. 24-cr-00320-RMR-2

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DERRICK PATRICK BERNARD, JR.,
**2. ASHLEY DANIELLE BLACKCLOUD,** and
3. DEANNA CRYSTAL WEST,

      Defendants.

---

## ORDER MODIFYING CONDITIONS OF APPEAL BOND

---

THIS MATTER coming before the Court on Defendant Blackcloud's Unopposed Motion to Modify Conditions of Appeal Bond (ECF No. 369), it is therefore,

ORDERED AS FOLLOWS pursuant to 18 U.S.C. § 3142(c)(3) that the conditions of the Defendant's bond pending appeal be modified as follows:

1. The Court removes the condition that requires Ms. Blackcloud to submit to GPS location monitoring; and,

2. The Court removes the condition that requires Ms. Blackcloud to have communication with co-defendant Derrick Bernard supervised by one of the lawyers, thereby permitting Ms. Blackcloud to have communication with co-defendant Bernard without restriction by the Court.

1

Dated this 10th day of June, 2026.

BY THE COURT:

_____

REGINA M. RODRIGUEZ
United States District Judge