UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO (DENVER)

No. 1:24-cr-320-RMR
Hon. Regina M. Rodriguez

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ASHLEY DANIELLE BLACKCLOUD,

Defendant.

## ORDER PERMITTING OUT OF STATE TRAVEL

THIS MATTER coming to the attention of the Court on the Defendant's Unopposed Motion to Allow Out of State Travel, it is therefore,

ORDERED that the request is GRANTED. Ms. Blackcloud may travel to California for the purpose of visiting her brother who is terminally ill between August 13 to 19, 2026.

DONE on this 20th day of July, 2026.

BY THE COURT:

_____
Honorable Regina Rodriguez